2

1  **Lisa L. Ditora, SBN 119249**
   **BOUTIN GIBSON DI GIUSTO HODELL INC.**
2  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
3  Telephone:   (916) 321-4444
   Facsimile:   (916) 447-3964
4  E-Mail:      lditora@boutininc.com

5  Attorneys for Bank of Sacramento

6              IN THE UNITED STATES BANKRUPTCY COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8                      SACRAMENTO DIVISION

9  In re                          )   **Case No.: 09-26417-C-11**
                                   )
10 SUMMERFIELD APARTMENTS IN DIXON, )   **Chapter 11**
   LLC,                            )
11                                 )
                                   )
12                                 )
              Debtor.              )
13 _____  )

14

   **REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO MASTER**
15 **MAILING LIST BY BANK OF SACRAMENTO**

16        The undersigned attorneys for Bank of Sacramento (the "Bank"), hereby request notice of all

17 hearing, or trial dates, motions and notices of motion, applications to abandon properties, applications

18 for approval to sell property of the estate or to pay expenses or claim, copies of monthly operating

19 reports, copies of statements of deposits, and returns of sale of real or personal property for Court

20 approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other

21 party-in-interest in this case, and request that all notices, applications, or the like be sent to the address

22 below, and that such address be added to the Court's master mailing list:

24        Bank of Sacramento
          c/o Lisa L. Ditora
25        Boutin Gibson Di Giusto Hodell Inc.
          555 Capitol Mall, Suite 1500
26        Sacramento, CA 95814

-1-

144611.1

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to the Bank's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of the Bank's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, and recoupments the Bank hereby expressly reserves.

Dated: April 10, 2009

Respectfully submitted,

BOUTIN GIBSON DI GIUSTO HODELL INC.

By: _____
Lisa L. Ditora
Attorney for Bank of Sacramento

-2-

BANK OF SACRAMENTO REQUEST FOR SPECIAL NOTICE

144611.1