Official Form 6 - Summary (10/06)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT O

Debtor(s): **Summerfield Apartments in Dixon, LLC**

Case No.: **09-26417-C-11**
(if known)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 8,500,000.00 | | |
| B - Personal Property | YES | 2 | $ 93,494.17 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 6,389,628.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 940,662.75 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 19 | $ 8,593,494.17 | $ 7,330,291.06 | |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |
| --- | --- |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
| --- | --- | --- | --- | --- |
| **400, 410, 420, 430, 440, 450, 460, 470, 480 Ellesmere Drive<br>Dixon, CA 95620**<br><br>**SEE ATTACHED EXHIBIT 1** | | | **$8,500,000.00** | **$6,389,628.31** |

Total ➢ **$8,500,000.00**

(Report also on Summary of Schedules.)

EXHIBIT 1

**Summerfield Apartments**

| Assessors Parcel Number One Bedroom Units | Unit # | Assessors Parcel Number Two Bedroom Units | Unit # |
|---|---|---|---|
| 0113-602-350-01 | 410 Ellesmere #70 | 0113-601-290-01 | 400 Ellesmere #57 |
| 0113-601-060-01 | 480 Ellesmere #11 | 0113-602-290-01 | 400 Ellesmere #58 |
| SOLD | 411 Ellesmere #71 | 0113-601-300-01 | 400 Ellesmere #59 |
| 0113-602-060-01 | 480 Ellesmere #12 | 0113-602-300-01 | 400 Ellesmere #60 |
| 0113-601-370-01 | 410 Ellesmere #73 | 0113-601-310-01 | 400 Ellesmere #61 |
|  |  | 0113-602-310-01 | 400 Ellesmere #62 |
| 0113-602-370-01 | 410 Ellesmere #74 | 0113-601-320-01 |  |
|  |  | 0113-602-320-01 | 400 Ellesmere #64 |
| 0113-602-380-01 | 410 Ellesmere #76 | 0113-601-330-01 | 410 Ellesmere #65 |
|  |  | 0113-602-330-01 | 410 Ellesmere #66 |
| 0113-602-110-01 | 470 Ellesmere #22 | 0113-601-340-01 | 410 Ellesmere #67 |
|  |  | 0113-602-340-01 | 410 Ellesmere #68 |
| 0113-602-120-01 | 470 Ellesmere #24 | 0113-601-390-01 | 410 Ellesmere #77 |
|  |  | 0113-602-390-01 | 410 Ellesmere #78 |
| 0113-602-130-01 | 470 Ellesmere #26 | 0113-601-400-01 | 410 Ellesmere #79 |
|  |  | 0113-602-400-01 | 410 Ellesmere #80 |
| 0113-601-350-01 | 410 Ellesmere #69 | 0113-601-410-01 | 420 Ellesmere #81 |
|  |  | 0113-602-410-01 | 420 Ellesmere #82 |
|  |  | 0113-601-420-01 | 420 Ellesmere #83 |
|  |  | 0113-602-420-01 | 420 Ellesmere #84 |
| 0113-602-360-01 | 410 Ellesmere #72 | 0113-601-430-01 | 420 Ellesmere #85 |
|  |  | 0113-602-430-01 | 420 Ellesmere #86 |
| 0113-601-040-01 | 480 Ellesmere #7 | 0113-601-440-01 | 420 Ellesmere #87 |
|  |  | 0113-602-440-01 | 420 Ellesmere #88 |
| 0113-601-050-01 | 480 Ellesmere #9 | 0113-601-250-01 | 440 Ellesmere #49 |
|  |  | 0113-602-250-01 | 440 Ellesmere #50 |
| 0113-601-140-01 | 470 Ellesmere #27 | 0113-601-260-01 | 440 Ellesmere #51 |
|  |  | 0113-602-260-01 | 440 Ellesmere #52 |
| 0113-601-030-01 | 480 Ellesmere #5 | 0113-601-270-01 | 440 Ellesmere #53 |
|  |  | 0113-602-270-01 | 440 Ellesmere #54 |
| SOLD | 411 Ellesmere #75 | 0113-601-280-01 | 440 Ellesmere #55 |
|  |  | 0113-602-280-01 | 440 Ellesmere #56 |
| 0113-601-110-01 | 470 Ellesmere #21 | 0113-602-500-01 | 450 Ellesmere #100 |
|  |  | 0113-601-510-01 | 450 Ellesmere #101 |
| 0113-601-120-01 | 470 Ellesmere #23 | 0113-602-510-01 | 450 Ellesmere #102 |
|  |  | 0113-601-520-01 | 450 Ellesmere #103 |
| 0113-601-130-01 | 470 Ellesmere #25 | SOLD | 451 Ellesmere #104 |
|  |  | 0113-601-450-01 | 450 Ellesmere #89 |
| 0113-602-030-01 | 480 Ellesmere #6 | 0113-602-450-01 | 450 Ellesmere #90 |
| 0113-602-050-01 | 480 Ellesmere #10 | 0113-601-460-01 | 450 Ellesmere #91 |
|  |  | 0113-602-460-01 | 450 Ellesmere #92 |
| 0113-602-140-01 | 470 Ellesmere #28 | 0113-601-470-01 | 450 Ellesmere #93 |
|  |  | 0113-602-470-01 | 450 Ellesmere #94 |
| 0113-602-040-01 | 480 Ellesmere #8 | 0113-601-480-01 | 450 Ellesmere #95 |

EXHIBIT 1

| Assessors Parcel Number One Bedroom Units | Unit # | Assessors Parcel Number Two Bedroom Units | Unit # |
|---|---|---|---|
| | | 0113-602-480-01 | 450 Ellesmere #96 |
| | | 0113-601-490-01 | 450 Ellesmere #97 |
| | | 0113-602-490-01 | 450 Ellesmere #98 |
| | | 0113-601-500-01 | 450 Ellesmere #99 |
| | | 0113-601-170-01 | 460 Ellesmere #33 |
| | | 0113-602-170-01 | 460 Ellesmere #34 |
| | | 0113-601-180-01 | 460 Ellesmere #35 |
| | | 0113-602-180-01 | 460 Ellesmere #36 |
| | | 0113-601-190-01 | 460 Ellesmere #37 |
| | | 0113-602-190-01 | 460 Ellesmere #38 |
| | | 0113-601-200-01 | 460 Ellesmere #39 |
| | | 0113-602-200-01 | 460 Ellesmere #40 |
| | | 0113-601-210-01 | 460 Ellesmere #41 |
| | | 0113-602-210-01 | 460 Ellesmere #42 |
| | | 0113-601-220-01 | 460 Ellesmere #43 |
| | | 0113-602-220-01 | 460 Ellesmere #44 |
| | | 0113-601-230-01 | 460 Ellesmere #45 |
| | | 0113-602-230-01 | 460 Ellesmere #46 |
| | | 0113-601-240-01 | 460 Ellesmere #47 |
| | | 0113-602-240-01 | 460 Ellesmere #48 |
| | | 0113-601-090-01 | 470 Ellesmere #17 |
| | | 0113-602-090-01 | 470 Ellesmere #18 |
| | | 0113-601-100-01 | 470 Ellesmere #19 |
| | | 0113-602-100-01 | 470 Ellesmere #20 |
| | | 0113-601-150-01 | 470 Ellesmere #29 |
| | | 0113-602-150-01 | 470 Ellesmere #30 |
| | | 0113-601-160-01 | 470 Ellesmere #31 |
| | | 0113-602-160-01 | 470 Ellesmere #32 |
| | | 0113-601-010-01 | 480 Ellesmere #1 |
| | | 0113-601-070-01 | 480 Ellesmere #13 |
| | | 0113-602-070-01 | 480 Ellesmere #14 |
| | | 0113-601-080-01 | 480 Ellesmere #15 |
| | | 0113-602-080-01 | 480 Ellesmere #16 |
| | | 0113-602-010-01 | 480 Ellesmere #2 |
| | | 0113-601-020-01 | 480 Ellesmere #3 |
| | | 0113-602-020-01 | 480 Ellesmere #4 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** |
| | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DIP Account** **Wells Fargo Bank** **Acct No. 2043411962** | | 5,182.47 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit required for DRE** | | 88,311.70 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** |
| --- | --- |
| | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
| --- | --- | --- | --- | --- |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____ continuation sheets attached                    Total ⟶     **$ 93,494.17**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6D (12/07)

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** (If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Bank of Sacramento** <br> **1750 Howe Avenue** <br> **Sacramento, CA 95825** | X | | **Mortgage** <br> **Second Deed of Trust** <br><br> **400, 410, 420, 430, 440, 450, 460, 470, 480 Ellesmere Drive** <br> **Dixon, CA 95620** <br><br><br> VALUE **$8,500,000.00** | | | | 519,113.00 | 0.00 |
| ACCOUNT NO. <br><br> **Bank of Sacramento** <br> **1750 Howe Avenue** <br> **Sacramento, CA 95825** | X | | **Mortgage** <br> **First Deed of Trust** <br><br> **400, 410, 420, 430, 440, 450, 460, 470, 480 Ellesmere Drive** <br> **Dixon, CA 95620** <br><br><br> VALUE **$8,500,000.00** | | | | 5,763,634.00 | 0.00 |
| ACCOUNT NO. <br><br> **Charles Lomeli** <br> **Tax Collector** <br> **675 Texas Street, Ste. 1900** <br> **Fairfield, CA 94533** | | | **Property Tax** <br><br> **400, 410, 420, 430, 440, 450, 460, 470, 480 Ellesmere Drive** <br> **Dixon, CA 95620** <br><br><br> VALUE **$8,500,000.00** | | | | 62,081.31 | 0.00 |

<u>1</u>    continuation sheets attached

Subtotal ➤ (Total of this page)     $ **6,344,828.31** | $    0.00

Total ➤ (Use only on last page)     $ | $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** |
| | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Mechanic's Lien | | | | 44,800.00 | 0.00 |
| **D & D Custom Cabinets** **1478 Sky Harbor Boulevard** **Marysville, CA  95901** | | | **400, 410, 420, 430, 440, 450, 460, 470, 480 Ellesmere Drive** **Dixon, CA  95620** | | | | | |
| | | | VALUE **$8,500,000.00** | | | | | |
| ACCOUNT NO. | | | Participant bank with Bank of Sacramento for First Deed of Trust Loan | | | | 0.00 | 0.00 |
| **Pacific Coast Bankers' Bank** **340 Pine Street, Ste. 401** **San Francisco, CA  94104** | | | | | | | | |
| | | | VALUE **$0.00** | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $   **44,800.00** | $   **0.00** |

| | |
|---|---|
| $   **6,389,628.31** | $   **0.00** |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): | **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** |
| | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>  **continuation sheets attached**

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): | **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** |
| --- | --- | --- |
| | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
| --- | --- | --- | --- |
| Subtotals➢ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1387**<br><br>A Whale of a Pool<br>442 Greenbrier Court<br>Benicia, CA  94510 | | | 03/31/2009<br><br>Pool Service | | | | 225.00 |
| ACCOUNT NO. **707 678-5080 520 0**<br><br>AT & T<br>AT & T Payment Center<br>Sacramento, CA  95825 | | | 04/03/2009<br><br>Phone services for office | | | | 1,113.53 |
| ACCOUNT NO.<br><br>BK Builders<br>Attn:  Brian Kunde<br>179 Harvest Drive<br>Vacaville, CA  95687 | | | General Contractor | | | | None |
| ACCOUNT NO. **R6485**<br><br>Bug Man<br>10137 Folsom Boulevard<br>Rancho Cordova, CA  95670 | | | 03/30/2009<br><br>Pesticide service | | | | 372.53 |
| ACCOUNT NO.<br><br>Cal Roofing Systems, Inc.<br>Attn:  Rod & Robert Moy<br>Post Office Box 6629<br>Vacaville, CA  95696 | | | 12/24/2008<br><br>Roofing Contractor | | | | 23,093.11 |

<u>8</u>   Continuation sheets attached

Subtotal ➢ $    24,804.17

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2987277777** <br> California Water Service <br> 201 S. 1st Street <br> Dixon, CA 95620 | | | 03/04/2009 <br><br> **Utility - water service provider** | | | | 163.72 |
| ACCOUNT NO. **6987277777** <br> California Water Service <br> 201 S. 1st Street <br> Dixon, CA 95620 | | | 02/23/2009 <br><br> **Utility - water service provider** | | | | 103.62 |
| ACCOUNT NO. **5987277777** <br> California Water Service <br> 201 S. 1st Street <br> Dixon, CA 95620 | | | 02/23/2009 <br><br> **Utility - water service provider** | | | | 103.62 |
| ACCOUNT NO. **4987277777** <br> California Water Service <br> 201 S. 1st Street <br> Dixon, CA 95620 | | | 03/23/2009 <br><br> **Utility - water service provider** | | | | 234.49 |
| ACCOUNT NO. **3987277777** <br> California Water Service <br> 201 S. 1st Street <br> Dixon, CA 95620 | | | 03/23/2009 <br><br> **Utility - water service provider** | | | | 209.01 |

Sheet no. <u>1</u> of <u>8</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 814.46

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1987277777** <br><br>**California Water Service** <br>**201 S. 1st Street** <br>**Dixon, CA  95620** | | | **02/23/2009** <br><br>**Utility - water service provider** | | | | 105.39 |
| ACCOUNT NO.  **0987277777** <br><br>**California Water Service** <br>**201 S. 1st Street** <br>**Dixon, CA  95620** | | | **02/23/2009** <br><br>**Utility - water service provider** | | | | 105.39 |
| ACCOUNT NO.  **1078-000** <br><br>**City of Dixon - Sewer** <br>**600 East A Street** <br>**Dixon, CA  95620** | | | **03/04/2009** <br><br>**Utility - sewer service provider** | | | | 11,944.36 |
| ACCOUNT NO.  **86197** <br><br>**D & D Plumbing** <br>**28 Union Way** <br>**Vacaville, CA  95687** | | | **03/31/2009** <br><br>**Plumbing contractor** | | | | 225.00 |
| ACCOUNT NO.  **00638739** <br><br>**Demaray Pool Service/** <br>**Credit Bureau Associates** <br>**Post Office Box 1001** <br>**Yuba City, CA  94533** | | | **12/01/2008** <br><br>**Pool supplies and service** <br>**Client ID 119065** | | | | 295.12 |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ $ | 12,675.26 |

| | |
|---|---|
| Total ➤ $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dixon Hardware and Lumber (ACE)** 1505 N. First Street Dixon, CA 95620 | | | Maintenance supplies | | | | 0.00 |
| ACCOUNT NO. 91237833 **Dixon Sanitary** 1 Town Square, Ste. 200 Vacaville, CA 95688 | | | 04/03/2009 Utility - Garbage company | | | | 1,035.44 |
| ACCOUNT NO. GA-18301 **Farmers Insurance** **(Greg Norris Insurance)** **Payment Processing Center** Post Office Box 894731 Los Angeles, CA 90189 | | | Insurance Company | | | | 0.00 |
| ACCOUNT NO. **Frank Andrews** 1107 Kentucky Street Fairfield, CA 94533 | | | Loan | | | | 789,329.38 |
| ACCOUNT NO. 08213.0 **Ganze & Company** 1500 Third Street Napa, CA 94559 | | | 03/20/2009 | | | | 2,108.34 |

Sheet no. _3_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 792,473.16

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** <br> (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9SUM7.002** <br><br> Gaw Van Male <br> 1261 Travis Boulevard, Ste. 350 <br> Fairfield, CA 94533 | | | 03/31/2009 <br><br> Legal - Invoice No. 140359, Invoice No. 140174 | | | | 35,898.62 |
| ACCOUNT NO. <br><br> Greg Norris, Insurance Broker <br> 21 Locust Avenue <br> Mill Valley, CA | | | Insurance Broker | | | | 0.00 |
| ACCOUNT NO. **5927833** <br><br> HD Supply <br> Post Office Box 509058 <br> San Diego, CA 92150 | | | 02/28/2009 <br><br> Maintenance supplies | | | | 8,327.52 |
| ACCOUNT NO. **6035-3220-0086-2254** <br><br> Home Depot <br> Post Office Box 6029 <br> The Lakes, NV 88901 | | | 01/27/2009 <br><br> Maintenance supplies | | | | 1,615.45 |
| ACCOUNT NO. **11293** <br><br> Jefferey G. Wagner <br> 1777 N. California Boulevard, Ste. <br> Walnut Creek, CA 94596 | | | 02/20/2009 <br><br> Attorney | | | | 17,625.80 |

Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 63,467.39

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lands & Associates**<br>**1107 Kentucky Street**<br>**Fairfield, CA  94533** | | | | | | | 0.00 |
| ACCOUNT NO.  **19797**<br>**Marke Trends, Inc.**<br>**5555 Joan Way**<br>**Loomis, CA  95650** | | | 03/01/2009<br>**Web hosting** | | | | 155.40 |
| ACCOUNT NO.  **1000-019-890-0000**<br>**Matrix Business Technologies**<br>**Post Office Box 660780**<br>**Dallas, TX  75266** | | | 03/17/2009<br>**Phone** | | | | 45.45 |
| ACCOUNT NO.<br>**Mercury Insurance**<br>**(Greg Norris Insurance)**<br>**21 Locust Avenue**<br>**Mill Valley, CA  94941** | | | **Insurance Company** | | | | 0.00 |
| ACCOUNT NO.  **3669390136-9**<br>**PG & E**<br>**Post Office Box 997300**<br>**Sacramento, CA  95899** | | | 03/15/2009<br>**Utilities - Gas & Electric** | | | | 538.92 |

Sheet no.  _5_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 739.77

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3158892148-1**<br><br>**PG & E**<br>Post Office Box 997300<br>Sacramento, CA 95899 | | | 04/03/2009<br><br>**Utilities - Gas & Electric** | | | | 161.43 |
| ACCOUNT NO. **1783880763-8**<br><br>**PG & E**<br>Post Office Box 997300<br>Sacramento, CA 95899 | | | 04/03/2009<br><br>**Utilities - Gas & Electric** | | | | 432.56 |
| ACCOUNT NO. **2492225524-5**<br><br>**PG & E**<br>Post Office Box 997300<br>Sacramento, CA 95899 | | | 04/03/2009<br><br>**Utilities - Gas & Electric** | | | | 404.06 |
| ACCOUNT NO. **1729184927-5**<br><br>**PG & E**<br>Post Office Box 997300<br>Sacramento, CA 95899 | | | 04/03/2009<br><br>**Utilities - Gas & Electric** | | | | 1,924.17 |
| ACCOUNT NO. **3200558812-7**<br><br>**PG & E**<br>Post Office Box 997300<br>Sacramento, CA 95899 | | | 03/15/2009<br><br>**Utilities - Gas & Electric** | | | | 0.00 |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,922.22**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **18157**<br>**Purcell Murray Builder Sales Company**<br>**183 Park Lane**<br>**Brisbane, CA 94005** | | | 03/12/2009<br>Kitchen appliance vendor | | | | 10,600.46 |
| ACCOUNT NO.<br>**Rethink LLP**<br>**465 California Street, Ste. 310**<br>**San Francisco, CA 94104** | | | **Legal** | | | | 14,271.00 |
| ACCOUNT NO. **6250**<br>**River City Fire Equipment**<br>**Post Office Box 980305**<br>**West Sacramento, CA 95798** | | | 01/26/2009<br>**Fire inspection and fire extinguisher replacement**<br>**Invoice No. 4851** | | | | 633.32 |
| ACCOUNT NO.<br>**Simas Flooring**<br>**3550 Power Inn Road**<br>**Sacramento, CA 95826** | | | 03/25/2009<br>**Flooring and counter supplies & installation** | | | | 16,657.04 |
| ACCOUNT NO. **14502**<br>**Solano County of Resource Mngt.**<br>**675 Texas Street, Ste. 5500**<br>**Fairfield, CA 94533** | | | 01/26/2009<br>**County agency - permits** | | | | 604.50 |

Sheet no. _7_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 42,766.32

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Solano Electric**<br>Ron Burks, Jr.<br>82 Wycoff Drive<br>Vacaville, CA 95688 | | | Electrician | | | | 0.00 |
| ACCOUNT NO.<br><br>**Vacaville Glass**<br>536 Davis Street<br>Vacaville, CA 95688 | | | Window installation and repair | | | | 0.00 |
| ACCOUNT NO.<br><br>**West Coast Carports**<br>414 Sutter Street<br>Folsom, CA 95630 | | | Carport repair services | | | | 0.00 |

Sheet no. 8 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 0.00 |
| Total ➤ | $ | 940,662.75 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6G (12/07)

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Coinmatch Corporation**<br>32910 Alvarado-Niles Road, Suite 150<br>Union City, CA 94587 | **Lease of laundry space** |
| **Gateway Realty**<br>3700 Hilborn Road, Ste. 100<br>Fairfield, CA 94534 | **Listing Agreement** |
| **Meadowood Village of Dixon Association**<br>1107 Kentucky Street<br>Fairfield, CA 94533 | **1. Subsidy contract - Meadowood Village Phase 1; 2. Amendment to Phase 1 Meadowood Village Subsidy Agrt; 3. Meadowood Village Grant of Easement & Maintenance Agrt; 4. Declaration of Annexation of Meadowood Village Phase 2 & Amendment to Meadowood Village Declaration of Restrictions (CCRs) Amended & Restated** |
| **Ting O Lam**<br>410 Ellesmere Drive, Unit 68 | **Month to Month Tenant** |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11**<br>(If known) |
|---|---|

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Frank Andrews**<br>**1107 Kentucky Street**<br>**Fairfield, CA  94533** | **Bank of Sacramento**<br>**1750 Howe Avenue**<br>**Sacramento, CA  95825** |

Form B6-Decl (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): | **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** |
|---|---|---|
| | | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          _____
                                                                    Signature of Debtor

Date _____          _____
                                                                    Signature of Joint Debtor, if any

(If joint case, both spouses must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition          Social Security No.
Preparer                                                                                    (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| Daniel L. Egan | 142631 |

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I Frank Andrews, the **Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date **04-21-09**          Signature: _____
                                                    **Frank Andrews Manager**
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Summerfield Apartments in Dixon, LLC** | Case No.: **09-26417-C-11** |
| | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **400.00** | **Gross rent** | **2009** |
| **180.00** | **Gross rent** | **2008** |
| **632,194.00** | **Gross rent / condo sales** | **2007** |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED EXHIBIT 2** | | | |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED EXHIBIT 3** | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Summerfield Apartments in Dixon, LLC, et al. v. Pacific Coast Bankers' Bank, et al.** FCS033193 | | **Solano County Superior Court** | **Pending** |
| **D & D Custom Cabinets, Inc.** | | **Solano County Superior Court** | **Mechanic's Lien** |
| **Pacific Coast Bankers' Bank v. Summerfield Apartments in Dixon, LLC, et al.** 34-2009-00039354 | | **Sacramento County Superior Court** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wilke, Fleury, Hoffelt, Gould & Birney LLP** | **4/6/09** | **15,000.00** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of Sacramento** | **Money Market Account, Acct No. 390000180** | **$2,052.27 (Cashier's check received) Closed April 7, 2009** |
| **Umpqua Bank** | **Business Checking Account, Acct No. 1106981** | **$3,130.20 (Cashier's check requested) Closed: April 9, 2009** |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑ b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bruce Layne**<br>**1107 Kentucky Street**<br>**Fairfield, CA  94533** | |

None ☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                              NAME AND ADDRESSES OF CUSTODIAN

DATE OF INVENTORY                                      OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST       PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Frank Andrews**<br>**1107 Kentucky Street**<br>**Fairfield, CA  94533** | **Member** | **99%** |
| **Jason Andrews**<br>**1107 Kentucky Street**<br>**Fairfield, CA  94533** | **Member** | **1%** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                  ADDRESS                              DATE OF WITHDRAWAL

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**SEE ATTACHED EXHIBIT 3**

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION           TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation].*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  4/21/2005        Signature

Frank Andrews, Manager
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

2 continuation sheets attached

EXHIBIT 2

**Summerfield Apartments in Dixon LLC**
Payments over last 90 days

| CK DATE | TRAN NUMBER | PAID DATE | AMOUNT | PAYEE / SOURCE | | |
|---------|-------------|-----------|--------|----------------|---|---|
| 19-Aug-08 | 6464 | 13-Jan-09 | 1,020.40 | Dixon Sanitary Service | | x |
| 12-Sep-08 | 6479 | 13-Jan-09 | 1,035.71 | Dixon Sanitary Service | | x |
| 28-Oct-08 | 6503 | 2-Apr-09 | 233.14 | Dixon Hardware & Lumber | | x |
| 19-Nov-08 | 6514 | 4-Mar-09 | 419.96 | Pacific Gas & Electric Co. | | x |
| 19-Nov-08 | 6516 | 4-Mar-09 | 369.49 | Pacific Gas & Electric Co. | | x |
| 19-Nov-08 | 6518 | 4-Mar-09 | 365.00 | Pacific Gas & Electric Co. | | x |
| 19-Nov-08 | 6521 | 5-Mar-09 | 311.03 | Pacific Gas & Electric Co. | | x |
| 24-Nov-08 | 6528 | 2-Apr-09 | 389.89 | Dixon Hardware & Lumber | | x |
| 24-Nov-08 | 6533 | 9-Feb-09 | 2,394.11 | Farmers Insurance Group | | x |
| 24-Nov-08 | 6541 | 16-Jan-09 | 489.01 | Dixon Sanitary Service | | x |
| 9-Jan-09 | 6543 | 22-Jan-09 | 134.70 | Dixon Sanitary Service | | x |
| 9-Jan-09 | 6544 | 23-Jan-09 | 54.44 | Dixon Sanitary Service | | x |
| 4-Feb-09 | 6546 | 10-Feb-09 | 59.19 | Fedex | | x |
| 4-Feb-09 | 6547 | 9-Feb-09 | 2,498.67 | Farmers Insurance Group | | x |
| 19-Feb-09 | 6548 | 20-Feb-09 | 5,223.61 | California Water Service Co. | | x |
| 2-Mar-09 | 6549 | 4-Mar-09 | 922.43 | Pacific Gas & Electric Co. | | x |
| 2-Mar-09 | 6550 | 4-Mar-09 | 1,624.32 | Pacific Gas & Electric Co. | | x |
| 2-Mar-09 | 6551 | 4-Mar-09 | 43.49 | Pacific Gas & Electric Co. | | x |
| 4-Mar-09 | 119050742 | 4-Mar-09 | 600.00 | TFR to FJA | | x |
| 5-Mar-09 | Paid Item Fee | 5-Mar-09 | 198.00 | Umpqua Bank | | x |
| 6-Mar-09 | Paid Item Fee | 6-Mar-09 | 33.00 | Umpqua Bank | | x |
| 24-Mar-09 | 114333614 | 24-Mar-09 | 2,500.00 | TFR to ALA | | x |
| 25-Mar-09 | 118391298 | 25-Mar-09 | 20,000.00 | TFR to FJA | | x |
| 1-Apr-09 | | 1-Apr-09 | 9,000.00 | TFR to FJA | | x |
| 2-Apr-09 | 117492056 | 2-Apr-09 | 30,000.00 | TFR to FJA | | x |
| 3-Apr-09 | 6553 | 7-Apr-09 | 1,936.89 | Dixon Hardware & Lumber | | x |
| 6-Apr-09 | 6555 | Pend | 1,315.00 | PG & E | PBP | x |
| 6-Apr-09 | 6556 | Pend | 338.70 | PG & E | PBP | x |

$$\underline{\underline{83,510.18}}$$

EXHIBIT 3

**Summerfield Apartments In Dixon LLC**
Paid and received from related parties
12 month period through April 7, 2009

| DATE | TRANS NUMBER | RECEIPTS | DISBURSED | PAYEE / SOURCE |
|------|-------------|----------|-----------|----------------|
| 2-Apr-08 | 8093-24099 | 2,000.00 | | TFR from FJA |
| 3-Apr-08 | 8094-34215 | 19,000.00 | | TFR from FJA |
| 3-Apr-08 | 6350 | | 150.00 | Michele Villarreal |
| 11-Apr-08 | 8102-19732 | 5,000.00 | | TFR from FJA |
| 14-Apr-08 | 6362 | | 94.25 | Michele Villarreal |
| 15-Apr-08 | 8106-22369 | 4,000.00 | | TFR from FJA |
| 30-Apr-08 | 8121-186510 | 44,000.00 | | TFR from ALA (for FJA) |
| 5-May-08 | 8126-23301 | 2,000.00 | | TFR from FJA |
| 6-May-08 | 8127-431443 | | 40.14 | TFR to ALA |
| 22-May-08 | 8143-15188 | 3,000.00 | | TFR from FJA |
| 2-Jun-08 | 8154-31264 | 10,000.00 | | TFR from FJA |
| 9-Jun-08 | 8161-19637 | 7,000.00 | | TFR from FJA |
| 10-Jun-08 | 8162-27787 | 70,000.00 | | TFR from FJA |
| 10-Jun-08 | | | 368.27 | TFR to ALA |
| 13-Jun-08 | 8165-16055 | 9,000.00 | | TFR from FJA |
| 23-Jun-08 | 8175-16576 | | 350.00 | TFR TO ALA |
| 24-Jun-08 | 8176-17884 | 2,000.00 | | TFR from FJA |
| 9-Jul-08 | 8191-83215 | 58,000.00 | | TFR from FJA |
| 10-Jul-08 | 8192-14960 | 48,000.00 | | TFR from FJA |
| 25-Jul-08 | 8207-17366 | 11,000.00 | | TFR from FJA |
| 22-Aug-08 | 8235-10814 | 2,000.00 | | TFR from FJA |
| 3-Sep-08 | 8247-40504 | 46,000.00 | | TFR from FJA |
| 19-Sep-08 | 8263-30640 | 40,000.00 | | TFR from FJA |
| 1-Oct-08 | 8275-52273 | 19,000.00 | | TFR from FJA |
| 2-Oct-08 | 8276-26399 | 30,000.00 | | TFR from FJA |
| 10-Oct-08 | 8284-14144 | 6,000.00 | | TFR from FJA |
| 13-Oct-08 | 8287-4710 | 20,000.00 | | TFR from FJA |
| 14-Oct-08 | 8288-42877 | 39,000.00 | | TFR from FJA |
| 25-Nov-08 | 8330-15193 | 115,000.00 | | TFR from FJA |
| 26-Nov-08 | 8331-13266 | 9,000.00 | | TFR from FJA |
| 24-Dec-08 | 116882702 | 41,000.00 | | TFR from FJA |
| 30-Dec-08 | 112330895 | 6,000.00 | | TFR from FJA |
| 8-Jan-09 | 116395612 | 2,000.00 | | TFR from FJA |
| 3-Feb-09 | 117403208 | 2,500.00 | | TFR from FJA |
| 5-Feb-09 | | 4,892.78 | | Meadowood HOA |
| 11-Feb-09 | | 500.00 | | Meadowood HOA |
| 20-Feb-09 | 116302982 | 3,000.00 | | TFR from FJA |
| 4-Mar-09 | 119050742 | | 600.00 | TFR to FJA |
| 6-Mar-09 | 117154373 | 5,000.00 | | TFR from FJA |
| 20-Mar-09 | | 4,000.00 | | Meadowood HOA |
| 24-Mar-09 | | 25,000.00 | | Meadowood HOA |
| 24-Mar-09 | 114333614 | | 2,500.00 | TFR to ALA |
| 25-Mar-09 | 118391298 | | 20,000.00 | TFR to FJA |
| 1-Apr-09 | 1052 | 38,000.00 | | Meadowood HOA |
| 1-Apr-09 | | | 9,000.00 | TFR to FJA |
| 2-Apr-09 | 117492056 | | 30,000.00 | TFR to FJA |
| | | 751,892.78 | 63,102.66 | |