UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Summerfield Apartments in Dixon, LLC | **Case No :** | 09-26417 - C - 11 |
| | | **Date :** | 12/15/09 |
| | | **Time :** | 10:30 |
| **Matter :** | [68] - Disclosure Statement [WFH-4] Filed by Debtor Summerfield Apartments in Dixon, LLC (msws) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
  Debtor(s) Attorney - Daniel Egan
**Respondent(s) :**
(by phone)   Creditor - Nicolas DeLancie

HEARING was :

ORDER TO BE PREPARED BY :   Daniel Egan.

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing. IT IS ORDERED that the disclosure statement is approved. IT IS FURTHER ORDERED that the hearing on confirmation is set for February 3, 2010 at 10:00 a.m. IT IS FURTHER ORDERED that January 20, 2010, is fixed as the last day for filing objections to confirmation, and/or written acceptances or rejections of the plan.