FILED
January 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002356449

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: Summerfield Apartments In Dixon LLC

Case No. 09-26417-C-11

**CHAPTER 11
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Dec-09        PETITION DATE: 4/6/2009 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

|  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. Asset and Liability Structure | | | |
| a. Current Assets | $181,015 | $186,959 | |
| b. Total Assets | $8,725,014 | $8,716,079 | $8,593,494 |
| c. Current Liabilities | $33,219 | $26,943 | |
| d. Total Liabilities | $7,363,510 | $7,357,234 | $7,330,292 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. Statement of Cash Receipts & Disbursements for Month | | | |
| a. Total Receipts | $61,046 | $53,437 | $331,587 |
| b. Total Disbursements | $66,990 | $5,728 | $285,485 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($5,944) | $47,709 | $46,102 |
| d. Cash Balance Beginning of Month | $57,228 | $9,519 | $5,182 |
| e. Cash Balance End of Month (c + d) | $51,284 | $57,228 | $51,284 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $2,659 | $44,114 | $22,831 |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $33,219 | $26,943 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

|  | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;  U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1/15/2010

Responsible Individual

Revised 3/15/99

# STATEMENT OF OPERATIONS
## (Real Estate Case)
For the Month Ended 12/31/09

| Current Month | | | | | Cumulative | Next Month |
| --- | --- | --- | --- | --- | --- | --- |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
| | | | | **Revenues:** | | |
| $54,133 | $58,440 | ($4,307) | 1 | Rent/Leases | $240,777 | $62,380 |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| $638 | $175 | $463 | 4 | Other Income:  Credit check fees | $2,123 | $125 |
| | $875 | ($875) | 5 | Laundry & vending | $0 | $875 |
| | $307 | ($307) | 6 | Homeowners Maint. Fee | $0 | $307 |
| $54,771 | $59,797 | ($5,026) | 7 | **Total Revenues** | $242,900 | $63,687 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| $1,747 | $1,875 | $128 | 9 | Selling | $9,467 | $1,825 |
| $183 | $2,762 | $2,579 | 10 | Administrative | $2,623 | $2,762 |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| $7,780 | $3,000 | ($4,780) | 13 | Salaries | $36,667 | $3,000 |
| $369 | | ($369) | 14 | Commissions | $3,914 | |
| $7,000 | $3,500 | ($3,500) | 15 | Management Fees | $21,000 | $3,500 |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| $2,698 | $2,203 | ($495) | 18 | Insurance | $22,451 | $2,153 |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| $595 | $777 | $182 | 20 | Employer Payroll Taxes | $2,249 | $777 |
| | | $0 | 21 | Real Property Taxes | | |
| | $175 | $175 | 22 | Other Taxes | | $175 |
| $7,419 | $7,310 | ($109) | 23 | Other Expenses:  Utilities | $41,979 | $7,310 |
| $1,440 | $3,775 | $2,335 | 24 | Operating expenses | $5,570 | $3,775 |
| $21,579 | $4,920 | ($16,659) | 25 | Maintenance expenses | $60,561 | $4,920 |
| $0 | $2,913 | $2,913 | 26 | Other / reserve | $11,961 | $2,913 |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $50,810 | $33,210 | ($17,600) | 32 | **Total Expenses** | $218,442 | $33,110 |
| $3,961 | $26,587 | ($22,626) | 33 | **Subtotal** | $24,458 | $30,577 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| ($1,302) | | $1,302 | 38 | U.S. Trustee Quarterly Fees | ($1,627) | |
| | | $0 | 39 | | | |
| ($1,302) | $0 | ($1,302) | 40 | **Total Reorganization Items** | ($1,627) | $0 |
| $2,659 | $26,587 | ($23,928) | 41 | **Net Profit (Loss) Before Federal & State Taxes** | $22,831 | $30,577 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| $2,659 | $26,587 | ($23,928) | 43 | **Net Profit (Loss)** | $22,831 | $30,577 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

# BALANCE SHEET
(Real Estate Case)
For the Month Ended  12/31/2009 0:00

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $51,284 |
| 2 | Cash and cash equivalents - restricted | | $88,312 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | $21,419 |
| 5 | Professional retainers | | |
| 6 | Other: Deposit on Unit #104 | | $20,000 |
| 7 | | | |
| 8 | **Total Current Assets** | | $181,015 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $8,500,000 |
| 10 | Machinery and equipment | D | $43,999 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $8,543,999 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $8,725,014 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

## Liabilities and Equity
(Real Estate Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: Miscellaneous current Liabilities | | $33,219 |
| 41 | | | |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $33,219 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $33,219 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 46 | Secured claims | F | $6,389,628 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $940,663 |
| 49 | **Total Pre-Petition Liabilities** | | $7,330,291 |
| 50 | **Total Liabilities** | | $7,363,510 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 51 | Retained Earnings/(Deficit) at time of filing | ($1,650,692) |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | $22,831 |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | $2,989,365 |
| 58 | **Total Equity (Deficit)** | $1,361,504 |
| 59 | **Total Liabilities and Equity (Deficit)** | $8,725,014 |

# SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| Land | $270,367 | $270,367 |
| Building | $360,368 | $360,368 |
| Building Improvements | $104,894 | $104,894 |
| Market Value Adjustment | $3,455,313 | $6,444,678 |
| Conversion Costs | $1,319,692 | $1,319,692 |
| Total | $5,510,635 | $8,500,000 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Appliance Replacements | $25,270 | $25,270 |
| Apartment Upgrades | $18,729 | $18,729 |
| Total | $43,999 | $43,999 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 3/15/99

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $6,389,628 | $6,389,628 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $940,663 | $940,663 |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Description of Property | Meadowood Village | | | |
| Scheduled Gross Rents | 59500 | | | |
| Less: | | | | |
| Vacancy Factor | 5167 | | | |
| Free Rent Incentives | | | | |
| Other Adjustments | | | | |
| Total Deductions | $5,167 | $0 | $0 | $0 |
| Scheduled Net Rents | $54,333 | $0 | $0 | $0 |
| Less: Rents Receivable * | 0 | | | |
| Scheduled Net Rents Collected * | $54,333 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Wells Fargo | Wells Fargo | | |
| Account Type | Checking | Checking | | |
| Account No. | 2043411962 | 735283608 | | |
| Account Purpose | Operating | Rent Receipts | | |
| Balance, End of Month | $1,662 | $49,622 | | |
| Total Funds on Hand for all Accounts | $51,284 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 12/31/2009 0:00

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $54,133 | $240,776 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | $0 | $61,203 |
| 7 | Credit check fees collected | $638 | $2,123 |
| 8 | Deposits received | $6,275 | $27,485 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $61,046 | $331,587 |
| | **Cash Disbursements** | | |
| 13 | Selling | $1,747 | $9,467 |
| 14 | Administrative | $49,062 | $208,973 |
| 15 | Capital Expenditures | $14,879 | $43,999 |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | |
| 30 |    Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 |    Refundable deposits | $0 | $21,419 |
| 33 |    US Trustee Quarterly Fees | $1,302 | $1,627 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $66,990 | $285,485 |
| 38 | **Net Increase (Decrease) in Cash** | ($5,944) | $46,102 |
| 39 | **Cash Balance, Beginning of Period** | $57,228 | $5,182 |
| 40 | **Cash Balance, End of Period** | $51,284 | $51,284 |

Revised 3/15/99