FILED

February 02, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002391321

1  JEFFER, MANGELS, BUTLER &
  MARMARO LLP
2  ROBERT B. KAPLAN (Bar. No. 76950)
  NICOLAS DE LANCIE (Bar. No. 84934)
3  Two Embarcadero Center, Fifth Floor
  San Francisco, California 94111-3824
4  Telephone:   (415) 398-8080
  Facsimile:   (415) 398-5584
5  e-mail:   rbk@jmbm.com
  e-mail:   nde@jmbm.com
6
  Attorneys for Secured Creditor
7  PACIFIC COAST BANKER'S BANK,
  as Agent

8

9

10            UNITED STATES BANKRUPTCY COURT

11            EASTERN DISTRICT OF CALIFORNIA

12                SACRAMENTO DIVISION

13

14  In re                          )   Case No. 09-26417 CMK
                                   )
15  SUMMERFIELD APARTMENTS          )        Chapter 11
  IN DIXON, LLC,                   )   No Hearing Required:
16                                 )
            Debtor.               )
17  _____)

18

19

20            **STIPULATION FOR**
       **AMENDMENT OF BUDGET UNDER**
21      **INTERIM ORDER AUTHORIZING USE OF**
       **CASH COLLATERAL AND ADEQUATE PROTECTION**
22

23            This Stipulation for Amendment of Budget under Interim Order Authorizing Use of

24  Cash Collateral and Adequate Protection dated as of January 31, 2010 (this **"Stipulation"**), is

25  made by SUMMERFIELD APARTMENTS IN DIXON, LLC (the **"Debtor"**), debtor and debtor in

26  possession in the above-captioned Chapter 11 case (the **"Case"**); BANK OF SACRAMENTO

27  (**"BoS"**); and PACIFIC COAST BANKERS' BANK (**"PCBB"**; and the Debtor, BoS, and PCBB,

28  collectively, the **"Parties"**) with respect to the Interim Order Authorizing Use of Cash

PRINTED ON
RECYCLED PAPER

JMBM  Jeffer Mangels
      Butler & Marmaro LLP

Collateral and Adequate Protection filed in the Case on October 2, 2009 [Docket No. 103] (the **"Cash Collateral Order"**)[*].

## RECITALS

The period covered by the Budget currently ends on January 31, 2010. Under the Cash Collateral Order, the Cash Collateral Use Termination Date is the earlier of (i) the end of that period; and (ii) the effective date of a plan confirmed in the Case. Pursuant to Paragraph 5 of the Cash Collateral Order, the Debtor, with the consent of the Banks, may amend or modify the Budget. The Parties now anticipate that the Debtor will not have a plan confirmed in the Case and become effective until mid-March 2010. Accordingly, the Debtor wishes to amend the Budget to extend the period covered thereby to March 31, 2010, and the Banks are willing to consent thereto. The Parties wish to memorialize that amendment and consent by this Stipulation.

## STIPULATION

The Parties therefor stipulate and agree as follows:

The Budget is hereby amended by its replacement with the budget that is **Exhibit A** attached hereto, which exhibit now is the "Budget" under the Cash Collateral Order.

[Continued on Following Page]

---

[*] All capitalized terms used but not defined herein have the meanings given those terms in the Cash Collateral Order.

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Marmaro LLP

The Parties, by their respective attorneys of record in the Case, are signing this Stipulation as of the date first set forth above.

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN


By: _____/s/ Daniel L. Egan_____
　　　　　　　Daniel L. Egan

Attorneys for Debtor
SUMMERFIELD APARTMENTS IN DIXON, LLC

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT B. KAPLAN
NICOLAS DE LANCIE


By: _____/s/ Nicolas De Lancie_____
　　　　　　　Nicolas De Lancie
Attorneys for Secured Creditor
PACIFIC COAST BANKERS' BANK

BOUTIN GIBSON DI GIUSTO HODELL INC.


By: _____/s/ Lisa L. Shotwell_____
　　　　　　　Lisa L. Shotwell

Attorneys for Secured Creditor
BANK OF SACRAMENTO

# MEADOWOOD VILLAGE
## Dixon, California
## LEASE UP BUDGET 2009-2012

*BANKRUPTCY PLAN PROJECTIONS*

| INCOME | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| *GROSS SCHEDULED RENTS* | 5,635 | | | | | | | | | |
| **Rental Income** | | | | | | | | | | |
| 5120 Rental Income | 9,035 | 13,290 | 20,540 | 23,298 | 43,345 | 52,350 | 56,290 | 66,230 | 66,855 | 71,855 |
| 5105 Promodated Rent | | | | | | | | | | |
| 5125 Rent-Employee Unit | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 |
| Total Rental Income | 7,185 | 14,440 | 23,690 | 24,549 | 43,495 | 54,500 | 58,440 | 67,380 | 69,005 | 74,005 |
| **Financial Income** | | | | | | | | | | |
| 5310 Interest Income | | | | | | | | | | |
| 5900 Misc. Financial Income | | | | | | | | | | |
| Total Financial Income | | | | | | | | | | |
| **Other Income** | | | | | | | | | | |
| Balance Forward | 61,178 | | | | | | | | | |
| 5920 Homeowners Maint. Fees | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 |
| 5921 NSF & Late Charges | 208 | 375 | 550 | 399 | 350 | 350 | 175 | 175 | 125 | |
| 5925 Credit Check Fees | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 |
| 5930 Cleaning & Vending | | | | | | | | | | |
| 5935 Bad Debt Collection | | | | | | | | | | |
| 5930 Misc. Income | 208 | | | | | | | | | |
| Total Other Income | 62,752 | 1,407 | 1,482 | 1,482 | 1,482 | 1,482 | 1,357 | 1,397 | 1,307 | 1,497 |
| **TOTAL INCOME** | 69,937 | 15,847 | 24,122 | 36,022 | 46,977 | 55,982 | 59,797 | 63,687 | 70,312 | 75,462 |
| **EXPENSES** | | | | | | | | | | |
| **Renting Expenses** | | | | | | | | | | |
| 6331 Advertising | 3,160 | 1,399 | 1,398 | 1,199 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 6325 Commissions & Referrals | 300 | 500 | 500 | 500 | 500 | 500 | 300 | 300 | 300 | 300 |
| 6220 Promotional Expense | 275 | 300 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| 6335 Furniture Rental | | | | | | | | | | |
| 6352 Credit Checks | 208 | 225 | 750 | 308 | | | | | | |
| Total Renting Expense | 5,425 | 2,724 | 2,350 | 2,560 | 2,200 | 2,060 | 1,875 | 1,82 | 1,828 | 1,875 |
| **Administrative Expense** | | | | | | | | | | |
| 6411 Office Supplies | 650 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| 6312 Office Equip. Rental | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 |
| 6220 Equipment Fees | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |



EXHIBIT 4

# MEADOWOOD VILLAGE
## Dixon, California
## LEASE UP BUDGET 2009-2012

*BANKRUPTCY PLAN PROJECTIONS*

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6310 Resident Manager's Salary | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 |
| 6311 Employee's Apt Allowance | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 |
| 6312 Administrative Fees | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 |
| 6320 Advertising | | | | | | | | | | |
| 6340 Legal Expense | | | | | | | | | | |
| 6350 Auditing Fees | | | | | | | | | | |
| 6351 Bookkeeping/Accounting Fees | | | | | | | | | | |
| 6352 Telephone | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 |
| 6360 Postage & Messenger | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| 6370 Bad Debts | | | | | | | | | | |
| 6380 Meeting & Training | | | | | | | | | | |
| 6390 Misc. Administrative Exp | | | | | | | | | | |
| **Total Administrative Expense** | 9,282 | 9,282 | 9,282 | 9,282 | 9,282 | 9,282 | 9,282 | 9,282 | 9,282 | 9,282 |

**Utility Expenses**

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6450 Electricity - Vacant Units/Com | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 6490 Gas - Vacant Common | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 6500 Electricity | 835 | 835 | 835 | 835 | 835 | 835 | 835 | 835 | 835 | 835 |
| 6451 Water | 3,275 | 3,275 | 3,275 | 3,275 | 3,275 | 3,275 | 3,275 | 3,275 | 3,275 | 3,275 |
| 6452 Gas | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 |
| 6453 Sewer | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 |
| **Total Utility Expense** | 7,310 | 7,310 | 7,310 | 7,310 | 7,310 | 7,310 | 7,310 | 7,310 | 7,310 | 7,310 |

**Operating Expenses**

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6515 Cleaning Supplies | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 6440 Cleaning Contract | | | | | | | | | | |
| 6490 Assessment Expense | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| 6710 Extermination Contract | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 6520 Exterminating Supplies | | | | | | | | | | |
| 6530 Garbage & Trash Removal | 1,663 | 1,663 | 1,663 | 1,663 | 1,663 | 3,325 | 3,325 | 3,325 | 3,325 | 3,325 |
| 6590 Answering Service | | | | | | | | | | |
| 6517 Swimming Pool Maintenance | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| 6548 Sweeping Contract | | | | | | | | | | |
| 6480 Cable Television | | | | | | | | | | |
| **Total Operating Expense** | 2,113 | 2,113 | 2,113 | 2,113 | 2,113 | 3,775 | 3,775 | 3,775 | 3,775 | 3,775 |

**Maintenance Expenses**

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6531 Security - Contracted | | | | | | | | | | |
| 6535 Security - Payroll | | | | | | | | | | |
| 6350 Fire Extinguishers | | | | | | | | | | |



EXHIBIT

# MEADOWOOD VILLAGE
## Dixon, California
### LEASE UP BUDGET 2009-2012

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6533 Locks/Keys | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 6535 Grounds - Payroll | | | | | | | | | | |
| 6536 Grounds - Supplies | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 |
| 6537 Grounds - Contract | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 6517 Cleaning - Contracted | | | | | | | | | | |
| 6518 Cleaning - Payroll | | | | | | | | | | |
| 6519 Repairs Payroll | 1,000 | 1,000 | 1,500 | 1,000 | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 | 2,650 |
| 6541 Repairs Material | 50 | 50 | 50 | 150 | 350 | 345 | 345 | 345 | 345 | 345 |
| 6555 Carpet Maintenance | | | | | | 35 | 35 | 35 | 35 | 35 |
| 6546 Heating Repairs | | | | | 125 | 125 | 125 | 125 | 125 | 125 |
| 6551 A/C Maintenance | 500 | 500 | 500 | 500 | 500 | | | | | |
| 6544 Plumbing Repairs | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| 6543 Appliance Repairs | | | | | | | | | | |
| 6563 Drapes Maintenance | | | | | | | | | | |
| 6590 Pool | | | | | | | | | | |
| 6561 Painting Supplies | | | | | | | | | | |
| 6557 Interior Painting | | | | | | | | | | |
| 6558 Painting Wall Covering | | | | | | | | | | |
| 6559 Roof Repairs & Maint | | | | | | | | | | |
| 6560 Decorating Payroll | | | | | | | | | | |
| 6542 Repairs Contract | | | | | | | | | | |
| 6538 Grounds Improvement | 2,750 | 250 | | | | 400 | | | | |
| 6518 Gates & Screen | | | | | | | | | | |
| 6581 Electrical Lights | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| 6589 Sign | 1,500 | | | | | | | | | |
| 6583 Vehicle Exp Repairs | | | | | | | | | | |
| 6580 Pool | | | | | | | | | | |
| 6599 Misc O/P & Maint Expense | | | | | | | | | | |
| **Total Maintenance Expense** | 7,565 | 3,565 | 3,815 | 4,315 | 3,165 | 5,285 | 4,920 | 4,920 | 3,825 | 4,920 |

### Taxes & Insurance

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6710 Property Taxes | | | | | | | | | | |
| 6711 Partial Lease | 550 | 550 | 619 | 673 | 727 | 727 | 727 | 727 | 727 | 727 |
| 6728 Book Property Taxes | | | | | | | | | | |
| 6729 Owners Liab Hazrd Ins | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 |
| 6722 Workers Compensation | 718 | 718 | 318 | 303 | 283 | 283 | 283 | 283 | 283 | 383 |
| 6721 Admin Road | | | | | | | | | | |
| 6723 Health Insurance | 495 | 495 | 495 | 495 | 495 | 495 | 495 | 495 | 495 | 495 |
| 6729 Other Insurance | | | | | | | | | | |

# MEADOWOOD VILLAGE
## Dixon, California
### LEASE UP BUDGET 2009-2012

**BANKRUPTCY PLAN PROJECTIONS**

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6701 Misc. Taxes/Licenses | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Total Taxes & Insurance | 2,813 | 2,813 | 2,981 | 2,972 | 3,105 | 3,105 | 3,155 | 3,105 | 3,105 | 3,105 |
| Reserve | 2,913 | 2,913 | 2,913 | 2,913 | 2,913 | 2,913 | 2,913 | 2,913 | 2,913 | 2,913 |
| TOTAL EXP BEFORE FINANCIAL | 37,976 | 40,701 | 90,664 | 31,183 | 32,068 | 33,650 | 33,318 | 33,110 | 33,815 | 33,260 |
| NET Operating Income | 32,041 | (14,854) | (6,543) | 4,836 | 14,908 | 22,331 | 26,586 | 30,576 | 37,296 | 42,201 |
| NET Operating Income | 32,041 | (14,854) | (6,543) | 4,836 | 14,908 | 22,331 | 26,586 | 30,576 | 37,296 | 42,201 |
| **Financial Expense** | | | | | | | | | | |
| 8825 Debt Service - 1st TD P/I | | | | | | | | | | |
| Debt Service - 2nd TD P/I | | | | | | | | | | |
| 6890 Miscellaneous Fin Exp | | | 975 | | | 975 | | | | |
| Chapter 11 ONLY TH | | | 975 | | | | | | 4,875 | |
| Convenience Class | | | | | | 2,556 | | | | |
| Total Financial Expense | | | | | | 3,531 | | 4,875 | | |
| **Less Curr. Year Capital Additions** | | | | | | | | | | |
| **CONSTRUCTION:** | | | | | | | | | | |
| Interior Paint | | | | | | | 990 | 990 | 990 | 990 |
| Cabinets & Installation | | | | | | | | | | |
| Tub Enclosure/Shower Doors | | | | | | | 650 | 650 | 650 | 650 |
| Flooring | | | | | | | 7,880 | 7,880 | 7,880 | 7,880 |
| Bath Med Cabinet & Mirror | | | | | | | 570 | 570 | 570 | 570 |
| Kitchen/Bath Counters | | | | | | | 5,589 | 5,589 | 5,589 | 5,589 |
| Window Coverings | | | | | | | 1,240 | 1,240 | 1,240 | 1,240 |
| Plumbing Fixtures | | | | | | | 1,293 | 1,293 | 1,293 | 1,293 |
| Tubs | | | | | | | 1,633 | 1,633 | 1,633 | 1,633 |
| Kitchen Appliances | | | | | | | 6,998 | 6,998 | 6,998 | 6,998 |
| Windows & Screens | | | | | | | 365 | 365 | 365 | 365 |
| Ceiling Texture & Drywall | | | | | | | 1,000 | 1,000 | 1,000 | 1,000 |
| Lighting Fixtures/Ceiling Fans | | | | | | | 1,120 | 1,120 | 1,120 | 1,120 |
| Other (Smoke Detectors, misc.) | | | | | | | 115 | 115 | 115 | 115 |
| Patio Tile / Upper Lower Decks | | | | | | | 849 | 849 | 849 | 849 |

# MEADOWOOD VILLAGE
## Dixon, California
## LEASE UP BUDGET 2009-2012

**BANKRUPTCY PLAN PROJECTIONS**

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1470 Door hardware / Baseboards | | | | | | | | | | |
| Electrical (switches, plates, outlets, thermostats) | | | | | | | 3,159 | 3,159 | 3,159 | 3,159 |
| 1486 Maintenance Equipment | | | | | | | 339 | 339 | 339 | 339 |
| 1487 Floor coverings Replacement | | | | | | | | | | |
| 1488 Drapery Replacement | | | | | | | | | | |
| 1489 Appliance Replacement | | | | | | | | | | |
| 1484 HVAC Replacements | | | | | | | | | | |
| 1439 Roof Replacements | | | | | | | | | | |
| 1438 Building Improvements | | | | | | | | | | |
| 1990 Misc. Fixed Assets | | | | | | | | | | |
| | | | | | | | | | | |
| Total Additions | | | | | | | 32,411 | 32,411 | 32,411 | 32,411 |
| | | | | | | | | | | |
| NET Cash AFTER Purchase and CAPITAL Costs Prior to Construction | 32,011 | (11,854) | (7,518) | 4,536 | 14,908 | 18,809 | (5,828) | (1,838) | 7 | 9,787 |
| Capital Contributions Services Accounts 6587, 6587, 6588 & 6589, | 5,245 | 2,745 | 2,995 | 3,395 | 4,145 | 4,545 | 4,145 | 4,145 | 4,145 | 4,145 |
| Capital Contributions CASH | | | | | | | | | | |
| Month End Cash Balance | 37,256 | 25,146 | 20,624 | 28,855 | 47,908 | 71,254 | 69,571 | 71,879 | 76,031 | 89,964 |